UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

15CV 1272

Baxter Aziz Bey

*(In the space above enter the full name(s) of the plaintiff(s).)*

**COMPLAINT**

-against-

New York STATE Senator Bill Perkins, Congressman Charlie Rangle, Congressman Gregory Meeks, Congressman John Conyers, Jr. Individual Capacity, et. al

Jury Trial: ☒ Yes ☐ No
(check one)

FEB 19 2015
PRO SE OFFICE

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**I. Parties in this complaint:**

A. List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff
Name Baxter Aziz Bey
Street Address C/O P.O. Box 7849
County, City New York, New York 10116
State & Zip Code New York, New York 10116
Telephone Number (646) 676-7940

B. List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1
Name New York STATE, Senator Bill Perkins
Street Address 163 West 125 Street

County, City New York New York
State & Zip Code New York, New York 10027
Telephone Number

Defendant No. 2
Name Congressman Charlie Rangle
Street Address 163 West 125 Street
County, City New York, New York 10027
State & Zip Code New York, New York 10027
Telephone Number (212)

Defendant No. 3
Name Congressman Gregory Meeks
Street Address 153-01 Jamaica Avenue
County, City Jamaica, New York 11432-11432
State & Zip Code New York, New York 11432-11432
Telephone Number (718) 725-6000

Defendant No. 4
Name Congressman John Conyers, Jr.
Street Address 2426 Rayburn, H.O.B.
County, City Washington, D.C.
State & Zip Code D. C. 20515
Telephone Number (202)

## II. Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A. What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal Questions ☑ Diversity of Citizenship

B. If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? Article I; Article III, 28 U.S.C. § 1331; Violation of The 1787 Moorish American Treaty of "Peace/Friendship"; breach of duty

C. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship Aboriginal Indigenous vs.

Defendant(s) state(s) of citizenship Elite Book; "Remaking of the Negro" The wicked worketh a deceitful work; deceit is in the heart of them that image evil".

## III. Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events.

You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? New York City Office of Defendant 1, 2, 3, and Washington D.C. Office of defendant 3, and 4; Email and FAX

B. What date and approximate time did the events giving rise to your claim(s) occur? 2013 on or about August 9; 2014; Dec 12, 2014; Secret Societies are detrimental to a nation — especially to its soul their very nature exposes upstanding citizens to a devices↓

C. Facts: late 1990's or about Bill Perkins stated to Plaintiff in Central Harlem; "I don't Care"; "So what". When informed about the warehousing at St. Luke of HIV patients. Bill Perkins disputed the truth, when informed in the Public, on/or about June 23, 2014, that Linda Wood 'guy' was incompetent. Linda Wood 'guy' Government response is always deception. Petitioner made many request to meet with Senator Perkins, in Office and Follow-Ups in Office, in 2014. Give Linda Wood 'guy' a Copy of Plaintiff U.S Supreme Court victim impact statement. FAX Senator Perkins on December 16 2014 or about on "9/11" information / Congressman Charlie Rangle and all the Defendants was Faxed on "9/11" "Occult Symbolism indicates Enemies within Our Government" and reparation demand to gang stalking, by Community / Government Terror Sleeper cell. U.S Constitution rights violations

What happened to you?

Who did what?

Was anyone else involved?

Who else saw what happened?

~~Injuries~~: B Continue

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.

Of a pathological few, who invariably becomes a Corrupting Force in well-intentioned Organizations. The drive for Secrecy springs From an Evil impulse. And secrecy provides elitism with a veneer of responsibility and breeds DECEPTION

You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? ______

B. What date and approximate time did the events giving rise to your claim(s) occur? ______

Continue of "C" Facts

C. Facts: negated the truth, abuse of authority. Congressman Gregory Meeks was informed about the chain conspiracy to kill and or destory Plaintiff by a male/Female Cult terror Sleeper Cell. Congressman Meeks office lied in 2012 on August 19, or about with regard to a Federal government misconduct issue. March 25, 2012 or about John Conyers, Jr. was send a Congress report of City/State Government, Human, civil and Constitutional rights violations, abuse and Torture. On or about Oct. 21, 2012 Congressman Conyers, Jr. was send a Email on the matters herein and during a Follow-up call his Female STAFF indicated sending a "Check", but was deceived by other STAFF, and mentioned not Plaintiff name; "are you the person, about the money signs or request

What happened to you?

Who did what?

Was anyone else involved?

Who else saw what happened?

**IV. Injuries:**

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. On/or about April 1, 2014 plaintiff attempted to kill self by hanging. Stated; "Free at Last, From all Black people, Females, Government the "gay" Community, et. al Sorry Jana, Mimi, and all those who love me and Supported me, SSA is not the Federal goverment, I have been terrorized daily by the Cult: "Masonic" Psychological and mental terror, emotional distress stalked by "Lone-Wolf," robots, dead eyes, and "people programmed" to kill; The Depth of Evil

**V. Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation. The liability for nonfeasance, misfeasance, and for malfeasance in office is in the defendants individual, not their official capacity. "An officer may be held liable in damages to any person injured in consequence of a breach of any of the duties connected with his office". Plaintiff seek $100 million dollars in damages; Federal Fraud Act, Rico statutory and Federal hate crime, against the defendants The Founders of The Republic feared parties of the people as much as they did a royal government "Whenever there is an interest and power to do wrong, wrong will generally be done, and not less readily by a powerful and interested party (Bo ) than by a powerful and interested prince"

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this 26 day of January, 2015

Signature of Plaintiff: Baxter Azn Bey, ARR

Mailing Address: C/O P.O. Box 7849, New York, New York 10116

Telephone Number: (646) 676-7940

Fax Number *(if you have one)* ______

**Note:** All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

**For Prisoners:**

I declare under penalty of perjury that on this ___ day of ______, 20__, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

N/A

Signature of Plaintiff: ______

Inmate Number ______

**UNITED STATES DISTRICT COURT**
**SOUTHREN DISTRICT OF NEW YORK**

-----------------------------------------------------------X

Baxter Aziz Bey, et.al

Plaintiff/Petitioner,

New York State Senator Bill Perkins, Congressman Charlie Rangel, Congressman Gregory W. Meeks, Congressman John Conyers, Jr. individual capacity, et.al

Defendants/Respondents

-----------------------------------------------------------X

**Supporting Affidavit of**

**Federal Rules Evidences**

**Federal Procedure Rule 401 (a) (b)**

I Baxter Aziz Bey, being duly sworn and depose herein, under the clause of federal perjury, and All Applicable laws of perjury, affirm the following (s) and submit essential evidences to the Truth and support of the action, pending "class action" against the defendants named and unnamed. "The present fundamental law is the second written form of government. The first was the *Article of Confederation*"; the present representatives don't mirror the *letter*, *spirit* or *law*. "*Government Is not reason, it is not eloquence, it is force; like fire, a troublesome servant and a fearful master"*. Never For a moment should it be left to ***irresponsible action,*** stated George Washington. Moreover, and Applicable to the action herein to wit; "proportion as the structure of a government gives force to public Opinion, it is essential that public opinion should be enlightened". With ***truth***, and the force of the ***Supreme Law of the Land***, which has been blatantly violated and negated; Article 1, 111, treason, Fraudulent representation; is the nature of the federal action.

1. Online complaint filed with State of New York Attorney General, against Senator Bill Perkins
2. State of New York Attorney General Response letter
3. Letter from plaintiff's Assembly member Honorable O'Donnell, with regards to his representation and staff conformity to the letter, spirit and law, of the State and federal Constitution.
4. Internet information email, with regards to the Chief law enforcement intelligent view of the De Facto government;

5. Fax Cover statement forwarded to all the defendants on the real threat, and "9/11" exposure; "Enemies within our government"
6. Intelligent Response to "Temple on Earth", disputing Plaintiff's truth and intimacy interest in European Queen's or Hispanic Queen's/ or Goddess, page one/two.
7. Federal Bureau of Investigation {FBI}, letter, dated March 28, 2012, Follow-up and additional information on the terror community and government sleeper cell.
8. Page one of Plaintiff Congressional and Congress report on the chain like overt/covert males/females conspiracy, documenting the terror and injuries, in ***actual facts***, and ***law.***
9. Email complaint filed with the International Criminal Court, as per the defendants herein and community cult operation.
10. Email to New York County District Attorney Community Partnership office, Linda-Janneh, and negated.
11. "Fighting Gang Stalking" the "*Corrupt Elite*" and their Stasi puppets" {Gate Keeper}.
12. Historical information on the Boule diametrically opposition to the equal protection clause and the Constitution, "Bill of rights" "Deceleration of Independence".
13. Human Rights violation interview, by concern Jewish Human Rights activist emailed to Congressman John Conyers, Jr. former Chairman Judicial Committee, and negated.

Plaintiff 'affirm that it was this satanic cult that was behind the acts of terror, and has conspired against plaintiff's using their government and community males/females deceptive agents.

Defendants' named herein and not named, has on numerous occasions caused plaintiff misery and unwarranted threats, placed deliberate obstacles in plaintiff's path and has caused plaintiff financial lost, mental pain, suffering, emotional distress, deprivation of Constitutional Rights, 241, 242, 243.

If the United States go beyond {Telepathy communications}, their powers, if they make A law which the Constitution does not authorize, it is void; and the judicial power, the National judges, who to secure their impartiality, are to be made independent, will Declare it to be void. Plaintiff is declaring the cult actions, as criminal and the 'Boule", a Criminal organization, and detrimental to *peace*, *equally,* and *justice* for all irrespective Of ethnicity, or faith persuasion.

I Baxter Aziz Bey, being duly sworn and depose affirm the information herein, and as to matters stated on information and belief, I believe the same, and with honorable intent.

Baxter Aziz Bey, Ex-Rel Baxter A. Thomas; All Rights Reserved; Without Prejudices

Sworn to before me this 19th date of February, 2015

State of New York
County of New York

-NOTARY PUBLIC -

JASMINE J. VADEN
Notary Public, State of New York
Reg. No. 04VA6132291
Qualified in New York County
Commission Expires Aug. 18, 20 17



**Baxter Thomas <livingfaith01@gmail.com>**

---

# Boule "Blacks" in government

2 messages

---

**Baxter Thomas** <livingfaith01@gmail.com> Sun, Jan 11, 2015 at 2:55 PM
To: Baxter Thomas <livingfaith01@gmail.com>

---

**3 attachments**

**Civil court name action.docx**
30K

**Judge%20Lee[1][1].doc**
43K

**Baxter Aziz Bey CJS.docx**
16K

---

**Baxter Thomas** <livingfaith01@gmail.com> Sun, Jan 11, 2015 at 3:24 PM
To: Public Integrity <Public.Integrity@ag.ny.gov>

---------- Forwarded message ----------
From: **Baxter Thomas** <livingfaith01@gmail.com>
Date: Sun, Jan 11, 2015 at 2:55 PM
Subject: Boule "Blacks" in government
To: Baxter Thomas <livingfaith01@gmail.com>

January 11, 2015

New York State Attorney General
Public Integrity Office
120 Broadway, 22nd Floor
New York, New York 10271

RE: "African-Americans" infiltration of government/corruption:

Dear Attorney General,

I am sharing the attachments, with regards to the senseless killing in Paris. The attachments is a clear picture of the terror cult in the City, and male/ females in government, or "blacks" in government.

The Judge lee letter, was the results of the Mayor's and the speaker of the City Council. Petitioner's gave all of them fair warning, and they negated the matter.



STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

ERIC T. SCHNEIDERMAN
ATTORNEY GENERAL

DIVISION OF CRIMINAL JUSTICE
PUBLIC INTEGRITY BUREAU

January 14, 2015

Mr. Baxter Aziz Bey
P.O. Box 7849
New York, New York 10116

RE: Complaint # 15-0024

Dear Mr. Bey:

On behalf of Attorney General Eric T. Schneiderman, I thank you for the information you provided to our office dated January 10, 2015.

The Public Integrity Bureau has carefully reviewed your correspondence and has determined that your complaint does not warrant action by this office at this time.

Please be advised that this Office does not provide legal opinions nor represent individuals. If you believe that you may have an individual claim, you may wish to consult a private attorney. Your local bar association provides attorney referrals. ***Please note*: The complaint you have filed with this Office has no effect on any statute of limitations filing deadlines that might apply to your claim.** By filing a complaint with this Office, you have not initiated a lawsuit or a proceeding, nor has this Office initiated a lawsuit or a proceeding on your behalf.

Thank you again for bringing this matter to our attention.

Very truly yours,

Public Integrity Bureau



Baxter Thomas <livingfaith01@gmail.com>

## Baxter Aziz Bey vs. Social Security, et.al

2 messages

**Baxter Thomas** <livingfaith01@gmail.com> Tue, Nov 25, 2014 at 10:43 AM
To: Baxter Thomas <livingfaith01@gmail.com>

**senator_Gillibrand[1].docx**
21K

**Baxter Thomas** <livingfaith01@gmail.com> Tue, Nov 25, 2014 at 11:59 AM
To: Jordan.morris@mail.house.gov

---------- Forwarded message ----------
From: Baxter Thomas <livingfaith01@gmail.com>
Date: Tue, 25 Nov 2014 10:43:17 -0500
Subject: Baxter Aziz Bey vs. Social Security, et.al
To: Baxter Thomas <livingfaith01@gmail.com>

November 25, 2014

U.S. Congressman Gregory W. Meeks {D-NY}
Jordan Morris- Constituent representive
2234 Rayburn HOB
Washington, District of Columbia {20515}

Dear Mr. Jordan:

I Baxter Aziz Bey, Ex-Rel Baxter Thomas Bey, write in Propria Persona {Proper State}, under Common Law, United States Republic Constiutional Law, United Nations Declaration on Human Rights, Moorish-American Treaty of "peace/friendship" of 1787, and certified with approval by former president, Thomas Jefferson, and Adams, respectively.

As, per my Congressiional telephone call today, with regards to the subject matter.

Congressman Meek's was my former Congressman while living in Queen's in 2012. I called the Washington Office on August 1, 2012, with regards to Social Secuirty Administration {SSA}, malfeasance, discrimnation, fraud, Islamic hate and deception.

Baxter Thomas <livingfaith01@gmail.com>

**New York City/State Congressional Report/ Reparation Demand, Abuse, Torture, Case**
1 message

**Baxter Thomas** <livingfaith01@gmail.com> Thu, May 10, 2012 at 4:09 PM
To: John.Conyers@mail.house.gov

May 10, 2012

Baxter A. Thomas, Sh.D
89-25 Persons Blvd, Apt# 611
Jamaica, New York 11432
(347) 478-3646
livingfaith01@gmail.com

U.S. House of Representative
Honorable, John Conyers, Jr.
Judiciary Committee {Ranking Member)
2426 Rayburn HOB
Washington, D.C. 20515

Here is an email forwarded of my communication, and supporting documents, mailed on or about March 25, 2012, while in the Bergen County Jail. My letter, mentioned in the other letter to you're office, where there was dollars signs mentioned at the end of the letter, is dated, January 21, 2009. Following, will be a transcript of the interview, on the matter herein, and recorded by a concerned Jewish Human Rights Activist, Emily Alpert, in 2004. I'm home, and would like to resolve the matter, with out any further delay, respectively.

The Reparation demand request, was 2.5 Million, City and 2.5 Million State, Reparation, demand. Review the following attachments, and all response can be directed to me, via phone or email. As stated in the letters, the corrections made will come via Fax, within two weeks, to give you an crystal clear picture, of the nature of the Torture. And including, supporting documents, to substantiate the reparation demand amount, respectively.

Sincerely,

Baxter Thomas, ARA
(347) 478-3646

CC: Attorney File
Court File

Baxter Thomas <livingfaith01@gmail.co

## Intelligent Response

1 message

**Baxter Thomas** <livingfaith01@gmail.com> Wed, Feb 12, 2014 at 12:08
To: saycheribnrad@live.com

February 12, 2014

The Reality's Temple on Earth
Internet Ministry
Eagle Park Acres
Illinosis, 62060

Dear Temple on Earth:

Your comments was not offensive to me or an intelligent response, to the pain or truth that I wrote, on You Tube. Coon is a slang expression. And to make the statements that you made showing the late Dr. Khalid Muhammad, and stating "Black people beware of the "White" woman", was foolish and said a lot, as to who you are and who put you up to this madness, or where it came from (Mysterious Male), in which females and some males called up in my presences, stupid, as stupid is.

This male also called my Dominican Sister-in-law up, and spoke to my brother, (Darryl Thomas) her husband, while in my baby sister apartment. I also had Hispanic males and females call this mysterious male up, in my presence, now that's pure STUPID!!

Even tenfold odds against me do not count if I am fighting for truth and faith against enemies; but (I) remember clemency and consideration in the hour of VICTORY! Striving and fighting in defense of truth when attacked are necessary as tests of self-sacrifice.

I will not sacrifice a Queen (European) for a deceitful witch!!. Let's me state theses actual facts, for the record. It was not "White" females or the "White" race or community that wanted me dead, it was "Black" people. Who enter into a covert/overt chain conspiracy against me, actual fact!!

Now you called me "stupid ass-hole", everyone has an ass-hole, and you tell me, based on the actual facts stated herein, wh is stupid and an asshole. Gayle Davis, New York City Probation General Counsel, invited two of her alleged lesbian lover or cult sisters to witness my sentencing in 2003, based an created crime, by the "African-American" cult, which is yoke to the homosexual terror cult, also known as "Freemasonry" or the "Illuminati". Probation Officer (Robert Adams) boldly and sadistically told me to suck his ****. While I was an active member of the Nation of Islam.

I had another female, not "White" set me up, because an "African-American" homosexual wanted me to accept his ill position on the Nation of Islam leader, and he also wanted to preform oral sex on me, that was his objective, and then he assaulted me, and lie about the event. I ask the female to come forward to tell the TRUTH, and she declined.

How can you open your mouth or present to me a statement, telling me to "beware of the White woman". They are my numb one supporters. "Black" females don't support me, so why should i negate the best for the worst!!. When they say "Brother" ( "what's up brother", that's a con game. My number one support comes from Professional Jewish ladies. When "Black" female denied me assistance and lied on me to sent me back to prison, I knew who my enemies was, "Black" not the "White" female or the "white" race.

When, I requested an Bible in my family Church, the usher (Eastern Star) pointed to the homosexual Rev. Joseph T. Bright, Jr. I stated in 2005, to the "Black" community that a secret relationship exit between some Christian females and the "gay" elite, actual fact!! It was "Black" Human Services Providers who negated the insurance policy of the company, to deny me ar award, when I successfully prevailed on a claim.

It is always a "Black" female who is behind any evil in my life, and my quest toward success, or financial independence. The) use the Church and themselves as the key to advancement and want me to surrender to them, HELL NO!! You have a right t

sale your soul to the devil, but you don't have a right to impose that on me. If you want me, then respect me, and pay me fo your evil deeds, that is the healing process, no other way. I have been stalked and attacked with messages of money, by them, and my Mother, as well. Don't attack me with your foolishness ask them what they did, before you open your mouth against me, and if you response to me, do it with intelligent, and not contemptuous.

The code word in this relationship is "I'm going to adopt your son". STUPID!! STUPID!! STUPID, and pure STUPID, in the fullest meaning of the word. New York City Probation Department got "African-American" and Hispanic-American youths performing oral sex on each other, at the same time. I witness an female allowing her males children's to let a sexual predat play with their penis for five dollars, and when I approached her, and asked her do you know what your kids are doing, and she said "it put food on the table", who is STUPID? Get a job, stupid!, or sale your ass, not destroy your children's future, growth and spiritual development.

It is my firm contention that the female at the prison, during intake, changed my record to reflect "manslaughter" in 1975, wh I stated my faith as Islam. I reached out to "Black" females for assistance and they said no, but who do you think came to my aide? "White" females and people, so don't talk that BS to me, without knowing the facts, as to my position or statements of TRUTH!!

The female receptionist of the Bronx County Probation Department, I recall meeting her at the Masonic lodge in Central Harlem, always made signs of someone preforming oral sex. I had an sexual encounter with a beautiful "white" female in the Bronx, and the women who was watching across from her building was in Court, at Gayle Davis desk, on Jan. 31, 2003. Stupid or assholes, or pure lunacy or all of the them? Intelligent question I present to you.

Then we have Andrea Daniel, Tracy McBride Johnson, Jacqueline Best, Jacqueline Green, et.al, theses females are not "White" and are evil!!, no I recant that, pure evil, and deceptive. And as you know the devil is a liar, so if their life is about lying then they are saying to me, that they are the devil. WOW!! Powerful words of TRUTH!!

And they played a vital role in the chain conspiracy. Andrea Daniel and Tracy McBride Johnson are staff or former staff of the State of New York-Division of Parole. They told me out-right about the conspiracy that they enter against me. You call me stupid and an asshole, what are they? Females wanted me dead, because I had interest in the best females, females that represent "G-D" divine presence, from my perspective.

Today, it is "G-D" and two ~~beautiful~~ Russian Queens and my best friend who is Jewish who got my back, and pray for me,my success, and VICTORY!!

The opposition against me being with a European female or Hispanic female, is strong, and they are with "White" males, but are oppose to me, and others being with the best, yes, I said the best!!

So, you revealed to me, that you are part of the revolution movement, or the racial community, who want to blame the condition of your people on "White" people, and I bear to disagree with this view. The problem is our so-called sisters, and the community failure to stop the madness, and allowing homosexuality and lesbianism to be impose on your children's.

There is a divine price for this evil act, from our so-called leaders, females and the Church. I am forwarding your response to the FBI, and New York City Intelligent Division of NYPD, STUPID, "Black" females and males are connected to a cult sleeper cell terror network, STUPID, and I know all about it. And, if you just think about killing me or setting me up, ask yourself are you ready to die, as you are ready to kill? I'm not going to kill you, you are not worth it, "G-D" personally will kill you and your agents, and I know them all in the community, why? because a women told me.

Thank you reading the TRUTH, from a TRUTH activist,

Living Faith,

Baxter A. Thomas-Bey, All Rights Reserved
C/O P.O. Box 7849
New York, New York 10116
$$$$$$$$$$$$$$$$$$$$$$$



DANIEL O'DONNELL
Member of Assembly
69th Assembly District

THE ASSEMBLY
STATE OF NEW YORK
ALBANY

CHAIR
Committee on Correction
Codes Subcommittee on Criminal Procedure

COMMITTEES
Codes
Education
Environmental Conservation
Judiciary
Tourism, Parks, Arts and Sports Development

December 15, 2014

Mr. Baxter Thomas-Bey
2612 Broadway, #414
New York, NY 10025

Dear Mr. Thomas-Bey,

Thank you for reaching out to my Community Office for assistance with proving to Medicaid that you are no longer enrolled in any of HELP/PSI's Health Home program. I rely on constituents like you to keep me informed of issues affecting our community, so I appreciate that you contacted my office for assistance.

I understand that you worked with Justin Simmons in my office, who contacted HELP/PSI on your behalf. I am delighted to hear that HELP/PSI became more responsive to your needs and contacted Medicaid Choice to confirm that you are no longer enrolled in HELP/PSI's Health Home program as well as sending a letter to you confirming the termination of your enrollment in this program. I am also glad to hear that you are now working with Harlem United to acquire the care-management services that you need.

Please do not hesitate to contact my office again should you need further assistance with this or any future matter.

Very truly yours,

Daniel O'Donnell
Assembly Member

DOD/jrs

DISTRICT OFFICE: 245 West 104th Street, New York, New York 10025 • 212-866-3970, Fax: 212-864-1095
ALBANY OFFICE: Room 526, Legislative Office Building, Albany, New York 12248 • 518-455-5603, Fax: 518-455-3812
E-mail Address: odonnelld@assembly.state.ny.us

FBI Chief: Citizens Should Be 'Deeply Skeptical' of Government

Page 1 of 4

Search Newsmax

Saturday October 11, 2014

Home Newsfront America Politics Finance Insiders The Wire Fast Features Sci & Tech Slideshows Jokes

Latest 'Warren Buffett Indicator' Signals Massive Collapse, More Details

Home | Newsfront

Tags: james comey | fbi | citizens | government

# FBI Chief: Citizens Should Be 'Deeply Skeptical' of Government

Saturday, 11 Oct 2014 01:50 PM
By Todd Beamon

Share:

Get Short Link | Email Article | Comment | Contact Us | Print | A A

Americans should be "deeply skeptical" of government power, says FBI Director James Comey, adding that law enforcement should be able to access someone's telephone only with a court order,

"I believe that Americans should be deeply skeptical of government power," Comey told CBS News' Scott Pelley **in an interview for "60 Minutes"** that will air on Sunday.

**Editor's Note: 200 Free Benefits Most Seniors Fail to Use**

"You cannot trust people in power.

"The Founders knew that," he said. "That's why they divided power among three branches, to set interest against interest."

Comey, 53, who became FBI chief in September 2013, cautioned that courts must grant law-enforcement agencies permission to telephones if the information is deemed to be critical to a criminal case or national security.

His comments come in light of numerous leaks since last year by former NSA contractor Edward Snowden revealing that agency's extensive telephone and Internet surveillance programs and cell phones introduced last month by Apple Inc.

**Special: Dick Morris: Obama's Real Plan Is to Destroy the Republican Party**

that were designed to avoid surveillance by law enforcement.

Apple's new iOS8 operating system for its cellphones and other devices contains personal encoding software to prevent anyone outside of the phone's owner from accessing its data. Apple will not be able to access the data, **Arstechnica.com** reports.

"The notion that we would market devices that would allow someone to place themselves beyond the law, troubles me a lot," Comey said. "As a country, I don't know why we would want to put people beyond the law.

"That is, sell cars with trunks that couldn't ever be opened by law enforcement with a court order, or sell an apartment that could never be entered even by law enforcement," he continued.

**Special: The One Thing You Should Do for Your Prostate Every Morning**

"Would you want to live in that neighborhood? This is a similar concern.

Email:

Country

Zip Code:

Privacy: We never share your email

**Weird Food Lowers Blood Pressure**

Heart
Normal artery
Plaque
Blocked artery

**Shocking video reveals why America's top doctors claim this weird ingredient may stop Heart Disease dead in it's tracks [video]**

Hot Topics

ISIS/Islamic State | Immigration
Ebola Outbreak | 2014 Midterm Elections
Hillary Clinton | Russia
Rick Perry | Israel

More Hot Topics

Follow Newsmax

# FAX TRANSMISSION

TO: Congressman Charles Rangel

FAX NUMBER: (212) 663-4277

ORGANIZATION: Divine Consultant

DATE: 12-12-14

FROM: Barter Aziz Bey

PHONE NUMBER: 646 676-7940

PAGES: 8

SUBJECT: $100 million demand! FBI have been Contracted see FAX

Comments: Destruction of The trade Centers Occult Symbolism indicates Enemies within our Government Secret Society Luciferian as per HRA, Probation Masonic Order See interview / Intelligent response

NOTE:

This document accompanying this telecopy contains privileged and confidential information intended solely for use of the individual or entity to which it is addressed on the transmission sheet. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action on the contents of this telecopied information is strictly prohibited and the documents should be returned to this office immediately. If you have received this telecopy in error, please notify us by telephone immediately so that we can arrange for the return of the original documents to us at no extra cost to you.

Destruction of the Trade Centers: Occult Symbolism Indicates Enemies Wi... Page 1 of 3

**SPECIAL REPORT**

# Destruction of the Trade Centers: Occult Symbolism Indicates Enemies Within Our Own Government

by Robert Howard

Hard Truth/Wake Up America

## ORDO AB CHAO
**(ORDER OUT OF CHAOS)**

ORDO AB CHAO

**Albert Pikes Masonic Master Plan**

w.theforbiddenknowledge.com/hardtruth/destruction of the trade centers.htm

March 28, 2012

Baxter A. Thomas#D-92761
160 South River Road
Hackensack, New Jersey 07601

**VIA: AFFIDAVIT OF MAIL SERVICES**

Federal Bureau of Investigation
Director, Janice K. Fedarcyk
26 Federal Plaza
New York, New York 10278

**RE: Follow-up letter, and addition information:**

Dear Director Fedaracyk:

This communication and attached Chase Bank letter, and other supporting letters, is with regards to my correspondence, dated February 16, 2012, and "9/11" media press statements of truth. The entities' mentioned in the beginning of my letter of **truth,** was to visibly identify the **"evil" forces** behind the *conspiracy,* within New York City, State government, and the community at large.

March 25, 2012 this **federal whistleblower** stated to Congress and the President's respectfully, but boldly, that secret societies and occults or cults, are detrimental to a Nation soul and its people, their very existence breeds deception and corruption. "We" stated in the letter, that I am a **victim of government terror and torture**. For over thirty-years, this, "evil" force has mentally and psychologically terrorized, this U.S. Citizen (see attached "Depth of Evil"). This is the crux, of the matter before you, and the world, and they have killed, and no! "One is above the law", no one, emphasis added.

This federal complainant's was stalked from New York to Florida, by a "white" male and "African-American" female, the male revealed himself to me, at the Port-Authority bus station on the bus, and the woman made herself known, to me while in Jacksonville Florida, living with family. In addition, 2004, this complainant's was followed from my residence; in upper Manhattan, by an unknown "white" middle age male, who came up behind me and said; *"Baxter Suicide or reward".* Circumstances stated above, have been daily occurrences in my life and travels, in New York City (see attached, letter to U.S. Attorney). There are people who know me, but, not known to me, this is the *nature and danger*, of cult or occults. The "evil", crimes, and deprivation, are ***grotesque.*** And, their responses, devalue intelligent'.

In the matter of Baxter A. Thomas {Abdul Aziz} et al vs. New York City, Probation Officers, ***Robert Adams,*** Gayle Davis, et al; State of New York-Division of Parole, Officers, Lisa Hoy, ***Ronald Meier, Tracy McBride-Johnson***, ***Andrea Daniel***, ***Annie Dejesus***, I read about the U.S. attorney and your office recent arrests, of a criminal enterprise, they are all connected, I know of that operation, as well.

*Terrorism is the systematic use of terror*, especially as a means of coercion. And this is the reality presented to your attention seeking an investigation. The FBI is the Nation's top law enforcement agency, and has the **power to enforce civil rights** and *deprivation of prescribed constitutional rights violations*. The matter is before the whole Muslim world, Congress, and media. The truth about "9/11" is my weapon and my ***unshakeable faith***. I thank you for your time, and attention.

CC: U.S. Attorney Bharara

Sincerely,

March 25, 2012

Baxter A. Thomas #D92671
160 South River Road
Hackensack, New Jersey 07601

U.S. House of Representative
Judiciary Committee, Chairman
Honorable John Conyers, Jr.
2426 Rayburn House Office Building
Washington, D.C. 20515
**VIA: Affidavit of Mail Services and Verification:**

*RE: U.S. President and Congress Report: In the matter of Baxter A. Thomas, v. New York City and State Government, et al, pursuant to Human, Civil, and Constitutional Rights violations, abuse and Torture:*

Dear Congress and President Obama:

On March 7, 2012, petitioner's presented to the Judiciary Committee, a request and reparation demand, for official deprivation of *federal civil rights*, and infringement on my rights, while operating under the "color of Law" and "color of State law". The Civil Right Act was designed to protect all persons in the United States in their Civil Rights, and to furnish the means for their vindication.

Petitioner, petition and grievances' are documented in law and before, the City, State, and Federal government agencies, Justice Department and FBI, respectively. The disability to be a citizen and enjoy equal rights were deemed one form or badge of servitude, it was supposed that congress had the power under the thirteen amendment to settle this point of doubt, and place the other race on the same plane of privilege as that occupied by the "white" race.

Conceding this to be true which the court stated, "I think it is, congress then had the right to go further, and to enforce its declaration by passing laws for the prosecution and punishment of those who should deprive or attempt to deprive any person of the rights thus conferred upon" him/or her. Without having this power to make, congress could not enforce the amendment.

It cannot be doubted, therefore, that congress had the power to make it *penal offense to conspire to deprive a person*, or to hinder him/or her in the exercise and enjoyment, of rights and privileges conferred to constitute, the offense, therefore, of which courts of the United States have the right to take cognizance under the amendment, *there must be the design to injure a person or deprive him of the equal right of enjoying the protection of the laws*, by reason of his race, color, or ***sexual orientation,*** and previous condition of servitude.

# Fight Gang Stalking

## Fight the corrupt elite and their Stasi puppets

## Gang Stalking News

*"Show me somebody who is always smiling, always cheerful, always optimistic, and I will show you somebody who hasn't the faintest idea what the heck is really going on."* — Mike Royko

---

Visitors to this website who are unfamiliar with the crime of organized stalking should begin by reading the **"What is Gang Stalking?"** page for an overview.

---

October 28, 2013

**Washington Navy Yard shooter had emailed gang stalking support group**

A few days ago *The New York Post* reported that prior to his mass shooting rampage in September, the Washington Navy Yard shooter, Aaron Alexis, had sent three emails to the group called Freedom From Covert Harassment & Surveillance (FFCHS).

As explained in detail in the web page about the organization in this website, FFCHS is a front group. Ostensibly it is a support group for gang stalking victims, but it is clearly a disinformation entity.

The federal government – which apparently monitors everyone's phone calls, emails, and Internet activity – failed to intervene despite the shooter's emails (and despite other obvious warning flags). See section 8 (Mobbing & Workplace Violence) of the "What is Gang Stalking?" page of this website for the full details of the case.

*The New York Post* notes that there are now more questions about the official account of what happened:

*"[The emails] also suggest that the bloody rampage was plotted as a revenge attack against the US Navy — contrary to FBI statements that the former sailor did not appear to have had a specific target."*

http://nypost.com/2013/10/23/navy-yard-gunman-feared-mind-weapon-before-rampage/ (http://nypost.com/2013/10/23/navy-yard-gunman-feared-mind-weapon-before-rampage/)

---

October 27, 2013

**Cover article of this month's *Fortean Times* is about gang stalking**

The cover article of the October 2013 issue of the U.K.-based magazine *Fortean Times* is called "Strange Tales of Homeland Security." As the blurb on the cover makes clear, the piece is about "State-Sponsored Gangstalking."

*Click on image to enlarge.*

Baxter Thomas <livingfaith01@gmail.com>

## New York City/State Congressional Report/ Reparation Demand, Abuse, Torture, Case

1 message

**Baxter Thomas** <livingfaith01@gmail.com> Thu, May 10, 2012 at 4:09 PM
To: John.Conyers@mail.house.gov

May 10, 2012

Baxter A. Thomas, Sh.D
89-25 Persons Blvd, Apt# 611
Jamaica, New York 11432
(347) 478-3646
livingfaith01@gmail.com

U.S. House of Representative
Honorable, John Conyers, Jr.
Judiciary Committee {Ranking Member)
2426 Rayburn HOB
Washington, D.C. 20515

Here is an email forwarded of my communication, and supporting documents, mailed on or about March 25, 2012, while in the Bergen County Jail. My letter, mentioned in the other letter to you're office, where there was dollars signs mentioned at the end of the letter, is dated, January 21, 2009. Following, will be a transcript of the interview, on the matter herein, and recorded by a concerned Jewish Human Rights Activist, Emily Alpert, in 2004. I'm home, and would like to resolve the matter, with out any further delay, respectively.

The Reparation demand request, was 2.5 Million, City and 2.5 Million State, Reparation, demand. Review the following attachments, and all response can be directed to me, via phone or email. As stated in the letters, the corrections made will come via Fax, within two weeks, to give you an crystal clear picture, of the nature of the Torture. And including, supporting documents, to substantiate the reparation demand amount, respectively.

Sincerely,

Baxter Thomas, ARA
(347) 478-3646

CC: Attorney File
Court File

Baxter A. Thomas-Bey, Sh. D
*Divine Consultant & Associates, Inc*
P.O. Box 7849
New York, New York {10116}
{347} 478-3646
livingfaith01@gmail.com

August 19, 2012

U.S. Congressman Gregory W. Meeks {D-NY}
Nathaniel Hezekiah, 111 and France D. Joseph 11
Community Liaison and Community Advocate
153-01 Jamaica Avenue
Jamaica, New York 11432-3870

"The greatest Jihad {Struggle} is when you put your own life on the line, when you sacrifice your life for your cause, which is truth".

**RE: Social Security Administration Acts of Malfeasance, Discrimination, fraud, Islamic Hate and deception:**

Dear Congressional Liaison and Advocate:

As per our in office meeting on August 17, 2012, and this Moorish-American Moslem community truth, legal, and human rights activist, telephone communication with the Congressman D.C. office, on August 1, 2012, which is relative to the above references matter herein, and as per your request.

Constituent was astonished and disturb at hearing {**Ms. Rivera, Mr. Valbrum, Ms. Mcjmis**} that they {SSA} removed the Hyatt Hotel work history that **documented a racist Mexican immigrate utilizing this constituent vital personal I.D. Information, and working at the New York Grand Hyatt Hotel, for 10 years.** A Mexican with the name Baxter Thomas is questionable and for Hyatt's not to pose a question or inquiry is absurd and appalling. 1998 or 1999 when SSA called me in, they ungenerously failed professionally in their duties.

They {the above named} stated that SSA sent me a letter, ***which is deceptive on its face***, because if I had received a letter on the matter, I would not had gone in, to request a copy of the work history report. *What is distressing* is that these federal workers are saying that this Moslem is stupid or ignorant or of the standard, which is "ignorant" conforming to the state of the "n" word mentality.

***Their responses defile intelligent,*** which is constituent motivating factor, withstanding constituent persistent quest to put the matter before federal judicial review or the U.S. Supreme Court. They made too many mistakes, which is documented. The matter involves a Christian elite criminal homosexual cult or occult terrorist order within the "Black Church", government and community {See Ex. "Christianity is cruel", and acts of "torture"} June 20, 2008, Department of Treasury {DOT}, Joseph D. Oleska, Deputy Director from the office of Identity theft and Incident management acknowledged me and stated in his letter; "we need additional time to research this issue. You should expect to hear from us within 30 days from the date of this letter". No response.

Constituent wrote to Hyatt Inc Corporate office President, Mr. Mark Hoplamazian, dated November 13, 2009, their response is dated January 13, 2010, and I have been in contact with the corporate office recently, and filed legal action notice, with their chief legal Counsel. I forwarded to Hyatt's the IRS work history print-out documenting their Hotel name and they *foolishly lied, when they had the truth before them from the IRS, this same print-out was also given to NYPD, in my communication with the Hispanic Detective in the Bronx, assigned to the I.D. theft case, and blatantly negated it. Because it involve a Christian females and homosexual*

09/02/04

Interview with Baxter Thomas – transcribed by Emily Alpert

BT: My experience with Bronx County Probation Department has been hell. Total madness. My experience with probation officer Robert Adams, with my first probation officer, was total hell. As I have informed you on a recent occasion that this probation officer actually terrorized me, psychologically. Every day that I reported to him, there was a problem. The receptionist used to threaten me. The probation officer would tell me that I was not working without giving him a pay stub, indicating that I wasn't working – I had a legitimate job as a messenger, and I would take my pay stubs to him to prove that I was working, and he would tell me that I was not working and that I was making pay stubs up.

EA: When did all this occur?

BT: This all occurred in 2000-2001. Now, in the year 2000-2001, I go into the office to report, and as I walk into the office, I acknowledged that something was very strange, not proper. Because as I approached his office to see the probation officer, Robert Adams, there were 3 individuals standing around his door. One was the receptionist and two gentlemen. One of the gentlemen I'm very much aware of – I don't know their names, but I can identify them very easily. Now the receptionist, this woman, kind of bothered me, because when I went in to report she would kind of make gestures at me. Signs and symbols. It kind of puzzled me, because I had the idea that she was trying to tell me something. But I didn't want to inquire about it, because I didn't want to inquire with the wrong suggestion that she was making. So I left it alone. And so, on this particular day, as I approached Robert Adams' office, he tells me, 'I'm waiting for you', and as I approached into his office we started arguing because he told me that I had dirty urine. Now, whether my urine was dirty or not, I don't know. I did use about two weeks prior to my visit that day – I did use drugs at that time. It's possible that the urine was dirty. Now, the urine came back dirty and he told me that if I was to suck his dick – that's what he told me – pardon my expression, but that how it came out to me.

EA: That's specifically what he said? He didn't imply it?

BT: He didn't imply it or suggest it – he came with it straightforward and very blunt. He told me that if I do that, he'd forget about the dirty urine. And that's where I got very angry.

EA: What date was this?

BT: I don't have the exact date on hand, but generally it occurred in the year 2000, around the month of September or October, towards the end of the year. I'll never forget it. We started arguing – or rather I started arguing with him. I was very loud and very angry and so it caused a lot of confusion – the probation officer next to his office came over and told us to lower it down. it wasn't where nobody was aware that something was